**FILED**

01/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0298

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

SARAH MARIE GRADY,
AKA SARAH MARIE STRONG-MITCHELL,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 45-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including March 7, 2022, within which to prepare, serve, and file its response.

**BG**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 11 2022